CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

     Plaintiff,

    v.

CINTZ COMMERCIAL
PROPERTIES, LP, a California
Limited Partnership; and Does 1-10,

     Defendants.

**Case:** 4:20-CV-05260-YGR
ORDER GRANTING
**Plaintiff's Notice of Voluntary Dismissal With Prejudice**

**Fed. R. Civ. P. 41(a)(1)(A)(i)**

    **PLEASE TAKE NOTICE** that Plaintiff Scott Johnson, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    Defendant Cintz Commercial Properties, LP, a California Limited Partnership has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: September 09, 2020    CENTER FOR DISABILITY ACCESS

                      By: /s/ Amanda Seabock

                      Amanda Seabock

                      Attorneys for Plaintiff

PURSUANT TO THE FOREGOING, IT IS SO ORDERED.

Dated: October 27, 2020

                      YVONNE GONZALEZ ROGERS
                      UNITED STATES DISTRICT JUDGE

1